UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE AND DAYMEL SHKLAR FOUNDATION, <br><br>Plaintiff, <br><br>v. <br><br>IAN SIMMONS, <br><br>Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11529-JLT <br> ) <br> ) <br> ) <br> ) <br> ) |

## **LOCAL RULE 16.1(D) CERTIFICATE**

PLEASE TAKE NOTICE THAT the undersigned party to this action, and its counsel, hereby certify pursuant to Local Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

(a)    they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b)    they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

IAN SIMMONS
By his attorneys,

_____        _____
By: Ian Thorne Simmons                                   William A. Worth (BBO #544086)
                                                                        David E. Plotkin (BBO #644858)
                                                                        PRINCE, LOBEL, GLOVSKY & TYE LLP
                                                                        585 Commercial Street
                                                                        Boston, MA 02109
                                                                        (617) 456-8000 (phone)
                                                                        (617) 456-8100 (fax)

Dated: December 2, 2004