UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EUGENE AND DAYMEL SHKLAR FOUNDATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 04-11529-JLT |
| IAN SIMMONS, | * * | |
| Defendant. | * | |

ORDER

December 9, 2004

TAURO, J.

After a conference on December 7, 2004, this court hereby orders that:

1. Plaintiff may depose Ian Simmons, Rita Richardson, Alan Cockburn-Smith, Thomas Johnson, Ross Duncan Brown, and William Rizzo;

2. Defendant may depose a representative of Eugene and Shklar Foundation, William Gaynor, Ross Duncan Brown, and Margaret M. Pasulka;

3. The Parties shall file a stipulation with regard to conflicts of interest;

4. The Parties shall complete all discovery by April 29, 2005;

5. No additional discovery will be permitted without leave of this court; and

6. A Further Conference is scheduled for May 9, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge