UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE AND DAYMEL SHKLAR FOUNDATION,<br><br>　　　Plaintiff,<br>v.<br><br>IAN SIMMONS,<br><br>　　　Defendant. | C.A. No. 04-CV-11529-JLT |

**JOINT STATUS REPORT REGARDING PARTIES' SETTLEMENT EFFORTS
AND REQUEST FOR STATUS CONFERENCE**

Pursuant to the Court's October 12, 2005 electronic notice to the parties, Plaintiff Eugene and Daymel Shklar Foundation (the "Foundation") and defendant Ian Simmons ("Simmons") jointly submitted, on October 12, 2005, a Status Report of the Parties and Joint Motion to Stay Discovery Pending Mediation (the "Joint Motion"). In the Joint Motion, the parties informed the Court that they had agreed to mediate the case and would file a joint status report within ten (10) days of the completion of mediation. The Court granted the Joint Motion on October 15, 2005 and the parties hereby submit this joint status report.

The parties retained mediator Brad Honoroff, Esquire of The Mediation Group to assist in the mediation process. The parties met with Mr. Honoroff jointly on November 18, 2005 and again on December 8, 2005. At the conclusion of the December 8th mediation session, the parties agreed to settle the case in its entirety.

The parties request that the Court schedule at its convenience a short status conference so the parties may discuss with the Court the parties' settlement and the disposition of the case.

WHEREFORE, the parties jointly request that the Court hold a status conference for the purposes of discussing the settlement and the disposition of the case.

| EUGENE AND DAYMEL SHKLAR FOUNDATION, | IAN SIMMONS, |
|---|---|
| By its attorneys, | By his attorneys, |
| /s/ Paul D. Abbott<br>Paul D. Wilson, BBO # 529950<br>Paul D. Abbott, BBO #652233<br>Mintz, Levin, Cohn, Ferris,<br>    Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA  02111<br>(617) 542-6000 (phone)<br>(617) 542-2241 (fax) | /s/ David E. Plotkin<br>William A. Worth, BBO # 544086<br>David E. Plotkin, BBO # 644858<br>Prince, Lobel, Glovsky & Tye, LLP<br>585 Commercial Street<br>Boston, MA 02109<br>(617) 456-8000 (phone)<br>(617) 456-8100 (fax) |

Dated: December 16, 2005