# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**EUGENE and DAYMEL SHKLAR
FOUNDATION,**
      **Plaintiff,**


**V**                                    **CA 04-11529-JLT**


**IAN SIMMONS,**
        **Defendant,**




## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.,**

The court having been advised on   DECEMBER 16,2005   by

counsel for the  parties that the above action has

been settled:

IT IS ORDERED that this action is hereby DISMISSED.




                                    By the Court:

                                    /s/
                                    ZITA LOVETT,
6/23/2006                           Deputy Clerk